# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** *Plaintiff* | § § § | |
| v. | § § | Case No. 1:23-mj-00211-SH |
| **Wilfredo Zaragoza-Vasquez,** *Defendant* | § § | |

## O R D E R

Now before the Court is Defendant Wilfredo Zaragoza-Vasquez's Motion for Substitution of Counsel, filed May 26, 2023 (Dkt. 9).

Defendant asks to substitute retained counsel Armando G. Martinez for Assistant Federal Public Defender Jose I. Gonzalez-Falla, who was appointed by the Court to represent Defendant. Dkt. 5; Dkt. 8.

Having considered the motion, this Magistrate Judge finds that there is good cause to permit the substitution of counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant Wilfredo Zaragoza-Vasquez's Motion for Substitution of Counsel (Dkt. 9) is **GRANTED**. Jose I. Gonzalez-Falla is hereby **WITHDRAWN** and Armando G. Martinez #00792672 is **SUBSTITUTED** as Defendant's counsel of record.

**SIGNED** on May 26, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE